**Order entered June 15, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00313-CV

## LARRY LEE DAVIS, Appellant

## V.

## BEN BRIDGE JEWELRY, INC. D/B/A BEN BRIDGE JEWELRY, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-17679

## ORDER

Before the Court are appellant's motion for extension of time to file his notice of appeal and appellee's response in opposition. We **GRANT** the motion and deem the notice of appeal filed April 30, 2021 timely for jurisdictional purposes.

We **ORDER** Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, to file the reporter's record, written verification a record does not exist, or written verification the record has not been requested no later than July

15, 2021. We caution appellant that the appeal may be submitted without the reporter's record should written verification be provided that the record has not been requested. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dobbins and the parties.


/s/    CRAIG SMITH
JUSTICE